| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| ALBERT SMITH, III, | § | |
| --- | --- | --- |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:17-CV-217 |
| | § | |
| WARDEN RACHEL CHAPA, | § | |
| Respondent. | § | |

## MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Albert Smith, III, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that the above-styled petition should be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes petitioner's objections are without merit. As petitioner challenges the validity of a sentence enhancement, his claim does not meet the criteria required to support a claim under the savings clause of 28 U.S.C. § 2255. *See Padilla v.*

*United States*, 416 F.3d 424 (5th Cir. 2005); *Reyes-Requena,* 243 F.3d. 893, 894 (5th Cir. 2001). Thus, this petition should be dismissed.

**ORDER**

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 29th day of May, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE